Henry SKEETER, Petitioner–
Appellant,

v.

Gene M. JOHNSON, Director of the
Virginia Department of Correc-
tions, Respondent–Appellee.

No. 09–7717.

United States Court of Appeals,
Fourth Circuit.

Submitted: Dec. 15, 2009.

Decided: Dec. 21, 2009.

Henry Skeeter, Appellant Pro Se. Josh-
ua Mikell Didlake, Assistant Attorney
General, Richmond, Virginia, for Appellee.

Before MICHAEL and DUNCAN,
Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Dismissed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Henry Skeeter seeks to appeal the dis-
trict court's order denying relief on his 28
U.S.C. § 2254 (2006) petition. The district
court referred this case to a magistrate
judge pursuant to 28 U.S.C. § 636(b)(1)(B)
(2006). The magistrate judge recom-
mended that relief be denied and advised
Skeeter that failure to file timely objec-
tions to this recommendation could waive
appellate review of a district court order
based upon the recommendation. Despite
this warning, Skeeter failed to object to
the magistrate judge's recommendation.

The timely filing of specific objections to
a magistrate judge's recommendation is
necessary to preserve appellate review of
the substance of that recommendation
when the parties have been warned of the
consequences of noncompliance. *Wright v.
Collins,* 766 F.2d 841, 845–46 (4th Cir.
1985); *see also Thomas v. Arn,* 474 U.S.
140, 106 S.Ct. 466, 88 L.Ed.2d 435 (1985).
Skeeter has waived appellate review by
failing to timely file specific objections af-
ter receiving proper notice. Accordingly,
we deny a certificate of appealability, deny
leave to proceed in forma pauperis, deny
Skeeter's motion to appoint counsel, and
dismiss the appeal.

We dispense with oral argument because
the facts and legal contentions are ade-
quately presented in the materials before
the court and argument would not aid the
decisional process.

*DISMISSED.*